**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| GLENN DURGIN, Individually and on behalf of others similarly situated | CIVIL ACTION NO.: 6:19-cv-00721 |
| VERSUS | HON. JUDGE ROBERT R. SUMMERHAYS |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | MAG. JUDGE CAROL B. WHITEHURST |

**FIRST SUPPLEMENTAL AND AMENDING PETITION**
**FOR PROPERTY DAMAGES, PENALTIES, ATTORNEY'S**
**FEES AND FOR CLASS CERTIFICATION**

The First Supplemental and Amending Petition of GLENN DURGIN, Individually and on behalf of others similarly situated, Complainant in the above entitled and numbered cause, respectfully represents that he desires to supplement and amend his original Petition for Property Damages, Penalties, Attorney's Fees and For Class Certification, in the following respects:

I.

By adding Paragraph 56 of Complainant's original Petition for Property Damages, Penalties, Attorney's Fees and For Class Certification to read as follows:

"56.

Complainant prays for a trial by jury."

II.

By amending the prayer of Complainant's original Petition for Property Damages, Penalties, Attorney's fees and For Class Certification to read as follows:

"WHEREFORE, Complainant, GLENN DURGIN, individually and on behalf of others similarly situated, prays that defendant, Allstate Property and Casualty Insurance Company, be

served with a certified copy of this petition and be cited to appear and answer same, that after all legal delays and due proceedings had, there be a trial by jury, judgment rendered herein in favor of complainant and against defendant for such damages as are reasonable in the premises, with legal interest from the date of judicial demand until paid, for all costs of these proceedings, for attorney's fees, and for all general and equitable relief allowed by law."

WHEREFORE, Complainant reiterating the pertinent paragraphs of the original Petition for Property Damages, Penalties, Attorney's Fees and For Class Certification as though set forth at length herein, prays that this First Supplemental & Amending Petition for Property Damages, Penalties, Attorney's Fees and For Class Certification be filed, and after due proceedings had, there be judgment herein in favor of Complainant and against defendant as originally prayed for herein.

AND FOR LEGAL AND EQUITABLE RELIEF to which the Complainant may be entitled.

RESPECTFULLY SUBMITTED,

KENNETH D. ST. PÉ, APLC

/s/ Kenneth D. St. Pe´
KENNETH D. ST. PÉ
La. Bar Roll No. 22638
311 W. University Ave., Suite A
Lafayette, LA 70506
(337) 534-4043

THE MURRAY FIRM

/s/ Stephen B. Murray, Sr.
STEPHEN B. MURRAY, SR. (Bar Roll No. 9858)
STEPHEN B. MURRAY, JR. (Bar Roll No. 23877)
ARTHUR M. MURRAY (Bar Roll No. 27694)
650 Poydras Street, Suite 2150
New Orleans, LA 70130
(504) 525-8100

LAW OFFICES OF KENNETH W. DEJEAN

/s/ Kenneth W. DeJean
Kenneth W. DeJean (Bar Roll #: 4817)
Post Office Box 4325
Lafayette, LA 70502-4325
(337) 235-5294

WHALEY LAW FIRM

/s/ John Randall Whaley
JOHN RANDALL WHALEY (#25930)
BENJAMIN H. DAMPF (#32416)
6700 Jefferson Highway
Building 12, Suite A
Baton Rouge, LA 70806
Phone: 225-302-8810