# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUSIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| GLENN DURGIN, Individually and on behalf of others similarly situated | CIVIL ACTION NO: 6:19-cv-00721-RRS-CBW |
| VERSUS | HONORABLE JUDGE: Robert R. Summerhays |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | MAGISTRATE JUDGE: Carol B. Whitehurst |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff respectfully submits this Notice to inform the Court of the recent decisions of the United States District Court for the Western District of Louisiana in *Shields v. State Farm*, No. 6:19-cv-01359 (WDLA Feb. 19, 2020), (*"Shields"*), (Memorandum Ruling attached as **Exhibit A** hereto), and *Sampson v. USAA*, No. 6:19-cv-00896 (WDLA Feb. 19, 2020), (*"Sampson"*), (Memorandum Ruling attached as **Exhibit B** hereto). The rulings in *Sampson* and *Shields* denied Rule 12 motions to dismiss substantially similar to that before the Court in this matter.

DATED: FEBRUARY 20, 2020

                                                Respectfully Submitted,

                                                */s/ Stephen B. Murray, Jr.*
                                                STEPHEN B. MURRAY, JR.
                                                La. Bar Roll No. 23877
                                                STEPHEN B. MURRAY, SR.

La. Bar Roll No. 9858
ARTHUR M. MURRAY
La. Bar Roll No. 27694
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: 504-525-8100
Facsimile: 504-584-5249
Email: smurrayjr@murray-lawfirm.com

WHALEY LAW FIRM
J.R. WHALEY
La. Bar Roll No. 25930
Benjamin H. Dampf
La. Bar Roll No. 32416
6700 Jefferson Highway
Building 12, Suite A
Baton Rouge, LA 70806
Telephone: 225-302-8810
Facsimile: 225-302-8814

Kenneth D. St. Pé, Aplc
KENNETH D. ST. PÉ
La. Bar Roll No. 22638
311 W. University Ave., Suite A
Lafayette, LA 70506
Telephone: 337-534-4043
Email: kds@stpelaw.com

Law Offices of Kenneth W. Dejean
KENNETH W. DEJEAN
La. Bar Roll No. 04817
Post Office Box 4325
Lafayette, LA 70502
Telephone: 337-235-5294
Facsimile: 337-235-1095
Email: kwdejean@kwdejean.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 20, 2020, a copy of the above NOTICE OF SUPPLEMENTAL AUTHORITY was filed electronically with the Clerk of Court for the Western District of Louisiana using the Court's CM/ECF system. A copy of this NOTICE OF SUPPLEMENTAL AUTHORITY was contemporaneously served on counsel for all parties by electronic means and notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

             */s/ Stephen B. Murray, Jr.*